IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY CAIRNS, ) <br> ) <br> Plaintiff, ) <br> ) CIVIL ACTION <br> vs. ) <br> ) FILE No. 4:22-CV-00108 <br> GLENBROOK SHOPPING CENTER, LTD., ) <br> ) <br> Defendant. ) | |

## NOTICE OF SETTLEMENT

Plaintiff, ANTHONY CAIRNS, by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, GLENBROOK SHOPPING CENTER, LTD.

Plaintiff and Defendant, GLENBROOK SHOPPING CENTER, LTD., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation of Dismissal with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

SCHAPIRO LAW GROUP, P.L
7301-A W. Palmetto Park Rd., #100A, Boca Raton, FL 33433 • Tel (561) 807-7388 • Fax (810) 885-5279

Respectfully submitted this 1ST day September, 2022.

                        Law Offices of
                        THE SCHAPIRO LAW GROUP, P.L.

                        /s/ Douglas S. Schapiro
                        Douglas S. Schapiro, Esq.
                        State Bar No. 54538FL
                        The Schapiro Law Group, P.L
                        7301-A W. Palmetto Park Rd., #100A
                        Boca Raton, FL 33433
                        Tel: (561) 807-7388
                        Email: schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 1ST day of September, 2022.

                        /s/ Douglas S. Schapiro
                        Douglas S. Schapiro, Esq.
                        State Bar No. 54538FL