IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

ANTHONY CAIRNS,                             )
                                            )
        Plaintiff,                          )
                                            )    CIVIL ACTION
vs.                                         )
                                            )    FILE No. 4:22-CV-00108
GLENBROOK SHOPPING CENTER, LTD.,            )
                                            )
        Defendant.                          )

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, ANTHONY CAIRNS and Defendant, GLENBROOK SHOPPING CENTER, LTD., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 26th day of October, 2022.

                        Law Offices of
                        THE SCHAPIRO LAW GROUP, P.L.

                        /s/  Douglas S. Schapiro_____
                        Douglas S. Schapiro, Esq.
                        State Bar No. 54538FL
                        The Schapiro Law Group, P.L.
                        7301-A W. Palmetto Park Rd., #100A
                        Boca Raton, FL 33433
                        Tel: (561) 807-7388
                        Email: schapiro@schapirolawgroup.com

                        Attorney for Plaintiff

*/s/ Richard M. Hunt*
Richard M. Hunt, Esq.
State Bar No. 10288700
Hunt Huey PLLC
3010 Mountain Ash Court
Garland, TX 75044
Email: rhunt@hunthuey.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of October, 2022, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL