IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANTHONY CAIRNS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION No. 4:22-CV-00108 |
| vs. | ) Judge Mazzant |
| | ) |
| GLENBROOK SHOPPING CENTER, LTD., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed October 26, 2022, it is hereby ORDERED that this entire action, and all of the claims which Plaintiff had, has, or could have asserted in this matter, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
 **SIGNED this 31st day of October, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE